**Order filed, December 20, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas

_____

## NO. 01-17-00859-CR

**RAY GENE ARRINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 11**
**Harris County, Texas**
**Trial Court Case 2138927**

---

## ORDER

The reporter's record in this case was due 12/18/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Karen Young, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM